UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Ft. Pierce Division

Case Number: 13-14163-CIV-MARTINEZ-LYNCH

IN RE: Request from the United Kingdom of
Great Britain and Northern Ireland
Pursuant to the Treaty Between the
Government of the United States of
America and the Government of the
United Kingdom of Great Britain and
Northern Ireland on Mutual
Assistance in Criminal Matters in the
Matter of SpectorSoft Corporation.
_____/

## ORDER

Upon application of the United States, and upon review of the Request from the United Kingdom of Great Britain and Northern Ireland (the "United Kingdom") dated December 31, 2012, seeking evidence under the Treaty Between the Government of the United States and the Government of the United Kingdom of Great Britain and Northern Ireland on Mutual Legal Assistance in Criminal Matters, U.S. - U.K., January 6, 1994, S. TREATY DOC. NO. 104-2 (1995), for use in a criminal investigation, prosecution, or procedure related to the prosecution in the United Kingdom of Great Britain and Northern Ireland, and the Court having fully considered this matter,

IT IS HEREBY ORDERED, pursuant to the authority conferred by the Treaty and 18 U.S.C. § 3512, as well as this Court's inherent authority, that Theodore M. Cooperstein (or a substitute or successor designated by the Office of the United States Attorney) is appointed as commissioner (the "commissioner") of this Court and hereby directed to execute the Treaty Request and to take such steps as are necessary to collect the evidence requested. In doing so, the

commissioner:

1. may issue commissioner's subpoenas to be served at any place within the United States on persons (natural and legal) ordering them or their representatives to appear and to testify and produce evidence located within the United States;

2. shall provide notice with respect to the collection of evidence to those persons identified in the Request as parties to whom notice should be given (and no notice to any other party shall be required);

3. shall adopt procedures to collect the evidence requested consistent with its use in the investigation, prosecution or other proceeding in the United Kingdom for which the UK Crown Prosecution Service has requested assistance, which procedures may be specified in the Request or provided by or with the approval of the Secretary of State for the Home Department under the Treaty;

4. may, in collecting the evidence requested, be accompanied by persons whose presence or participation is authorized by the commissioner, including, without limitation, special agents of the Federal Bureau of Investigation and/or representatives of the United Kingdom who, as authorized or directed by the commissioner, may direct questions to any witness;

5. may seek such further orders of this Court as may be necessary to execute this Request, including orders to show cause why persons served with commissioner's subpoenas who fail to produce evidence should not be held in contempt, and including protective orders to regulate the use of the evidence collected;

6. shall certify and submit the evidence collected to the Office of International

Affairs, Criminal Division, U.S. Department of Justice, or as otherwise directed by that Office for transmission to the United Kingdom; and

    7.    may provide copies of the evidence collected to persons identified in the Request as parties to whom such copies should be given (and to no other persons).

IT IS FURTHER ORDERED that any person from whom the commissioner seeks to collect evidence may, for good cause shown, oppose the giving of evidence, or the circumstances thereof, by motion timely filed with this Court, a copy of which shall be provided contemporaneously to the commissioner.

IT IS FURTHER ORDERED that SpectorSoft Corporation shall not disclose to its customer Phillip Campbell Smith, or to any person jointly holding an account with that customer, any aspect of this matter, including the fact that it has received a subpoena or has given testimony or evidence in response thereto.

IT IS FURTHER ORDERED that the Clerk is **DIRECTED** to **ADMINISTRATIVELY CLOSE** this case.

DONE AND ORDERED in Chambers at Miami, Florida, this 14 day of May, 2013.

                                                JOSE E. MARTINEZ
                                              UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Lynch
All Counsel of Record